UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

John D. Syarto

                            Plaintiff,

v.                                                   Case No.: 1:20−cv−01812
                                                               Honorable Matthew F. Kennelly

Diversified Consultants, Inc.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 22, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: Based on defendant Diversified Consultants, Inc.'s filing of a bankruptcy petition, all proceedings in this case are stayed pending conclusion of the bankruptcy case or an order by the bankruptcy court permitting this case to proceed. Any dates and deadlines are vacated. The Clerk is directed to terminate the case. The parties are directed to file a joint status report on 7/31/2020. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.